ORIGINAL

FILED
JUN 10 2014
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CLARK CONSTRUCTION GROUP, LLC

v.

THE UNITED STATES OF AMERICA

No. _____

14-498

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned attorney of record for Clark Construction Group, LLC ("Clark") identifies the following parent corporation as owning 10% or more of Clark's stock: Clark Enterprises, Inc.

Clark further states that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 9th day of June, 2014.

_____
Martin R. Salzman
Georgia Bar No. 623450
Hendrick Phillips Salzman & Flatt, P.C.
230 Peachtree Street, N.W., Suite 2500
Atlanta, Georgia 30303
Telephone: 404-522-1410
Facsimile: 404-522-9545
Email: mrs@hpsf-law.com

Attorney for Clark Construction Group, LLC